UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON**, <br><br> Plaintiff, <br><br> v. <br><br> **JOHN PAUL BOURBEAU; TAQUERIA YVETTE, INC.**, a California Corporation; and Does 1-10, <br><br> Defendants, | **Case No**. 2:14-CV-01730-JAM-EFB <br><br> ORDER TO EXTEND DATE FOR FILING DISMISSAL |

Plaintiff SCOTT JOHNSON ("Plaintiff") and Defendant TAQUERIA YVETTE, INC., a California Corporation ("Defendant") hereby stipulate to extend the deadline to file Dismissal to March 14, 2016.

IT IS SO ORDERED.

DATED: 2/18/2016

/s/ John A. Mendez
United States District Court Judge

1

Order
EFB

2:14-CV-01730-JAM-