UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN PAUL BOURBEAU; TAQUERIA YVETTE, INC., a California Corporation; and Does 1-10,<br><br>    Defendants | Case No.: 2:14-CV-01730-JAM-EFB<br><br>[~~Proposed~~] *jam* ORDER SETTING OSC/ STATUS CONFERENCE RE SETTLEMENT] |

### ORDER

Based on the Request of Plaintiff SCOTT JOHNSON, the Court hereby a Status Conference/OSC for _April 5, 2016_ at _1:30_ ~~a.m.~~/p.m. at which the Parties, by and through their attorneys of record, shall show cause why this case is not dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no

///

///

///

Order re Ex Parte Application for OSC/Status Conference    2:14-CV-01730-JAM-EFB

-1-

1 | appearance shall be required. Defendants shall file our response to Plaintiff's
2 | **IT IS SO ORDERED.** application to set OSC/Status conference by March 22, 2016.
3 |
4 | Dated: 3-14-2016                    _____
5 |                                      HONORABLE John A. Mendez
                                         United States District Court Judge