UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case 2:14-CV-01730-JAM-EFB |
| Plaintiff, | Judgment Re: Default Judgment |
| v. | |
| **John Paul Bourbeau;** **Taqueria Yvette, Inc.**, a California Corporation; and Does 1-10, | |
| Defendants. | |

Following the Court's rulings on September 28, 2017 and December 11, 2017, the Court grants JUDGMENT in favor of plaintiff Scott Johnson and against defendants John Paul Bourbeau and Taqueria Yvette, Inc. in the amount of $8000 in statutory damages, $7,360 in attorneys' fees, and $440 in costs –totaling $15,800.

Dated: 1/12/2018

/s/ John A. Mendez_____
Hon. JOHN A. MENDEZ
United States District Court Judge