# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case No.: 2:14-CV-01730-JAM-EFB |
| Plaintiff, | **[PROPOSED] ORDER ON STIPULATION TO CONTINUE DEBTOR'S EXAMINATION** |
| v. | |
| **John Paul Bourbeau,** et al. | |
| Defendants. | Date: 6/6/18<br>Time: 9:30 am<br>Suite: 8 |

(Note: "PROPOSED" is struck through.)

## **ORDER**

Having read the foregoing request, and pursuant to the stipulation of the parties, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of John Paul Bourbeau is continued to 7/11/2018 at 9:30 am in Courtroom 8, 501 I Street, Sacramento CA.

IT IS SO ORDERED.

DATED: June 6, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Request to Continue Debtor's Exams            -1-