# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**Scott Johnson**,

    Plaintiff,

v.

**John Paul Bourbeau,** et al.

    Defendants.

Case No.: 2:14-CV-01730-JAM-EFB

**[PROPOSED] ORDER ON REQUEST TO CONTINUE DEBTOR'S EXAMINATION**

Date: 9/12/18
Time: 9:30 am
Courtroom: 8

## ORDER

Having read the foregoing request, and pursuant to the stipulation of the parties, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of John Paul Bourbeau is continued to 9/12/2018 at 9:30 am in Courtroom 8, 13th floor, 501 I Street, Sacramento CA.

IT IS SO ORDERED.

DATED: July 12, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Request to Continue Debtor's Exams