UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,**<br><br>　Plaintiff,<br><br>v.<br><br>**John Paul Bourbeau,** et al.<br><br>　Defendants. | Case No.: **2:14-cv-01730-JAM-EFB**<br><br>**[PROPOSED] ORDER ON STIPULATION AND REQUEST TO CONTINUE ORDER OF EXAMINATION**<br><br>*Date: November 7, 2018*<br>*Time: 9:30 a.m.*<br>*Courtroom: 8, 501 I Street*<br>*Sacramento, CA  95814*<br><br>*Before the Honorable Edmund F. Brennan* |

　　Having read the foregoing request, and pursuant to the stipulation of the parties, it is hereby ORDERED that the Debtor Examination re: Enforcement of Judgment of John Paul Bourbeau is continued to November 7, 2018, at 9:30 a.m., in Courtroom 8, 13th floor, 501 I Street, Sacramento, California.

　　IT IS SO ORDERED.

Dated:  September 12, 2018.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Edmund F. Brennan_
　　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge