1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

8

**EASTERN DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| **Scott Johnson**, | Case No. 2:14-cv-01730-JAM-EFB |

10

|  | **[~~proposed~~] ORDER GRANTING** |
|---|---|
| Plaintiff, | **APPLICATION TO CONTINUE DEBTOR** |

11

| | **EXAMINATION** |
|---|---|
| v. | |

12

| | Exam: November 7, 2018 |
|---|---|
| **John Paul Bourbeau**; et al. | Time: 9:30 a.m. |

13

Crtrm: 8

| Defendants. | Place: 501 I Street, 13th Floor, |
|---|---|

14

Sacramento, CA 95814; Before the

Honorable Edmund F. Brennan

15

16

Action Filed: July 23, 2014

Trial Date: Vacated

17

18

Upon review of the ex parte application of Defendant, John Paul Bourbeau, for a

19

two-week extension of Bourbeau's debtor examination, the application is granted.  The

20

debtor's examination is continued to November 28, 2018.  The parties are admonished

21

that absent a showing of extraordinary cause, the court is not included to further

22

continued the judgment debtor examination.

23

IT IS SO ORDERED.

24

Dated:  November 6, 2018

25

Edmund F. Brennan

U.S. Magistrate Judge

*Order Granting Application to Continue Debtor Examination*
2:14-cv-01739-JAM-EFB