# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case No.: 2:14-CV-01730-JAM-EFB |
| Plaintiff, | **[PROPOSED] ORDER ON REQUEST TO VACATE DEBTOR EXAMINATION OF JOHN PAUL BOURBEAU** |
| v. | |
| **John Paul Bourbeau,** et al. | |
| Defendants. | |

## **ORDER**

Having read the foregoing request, it is hereby ORDERED that the Debtor Examination of John Paul Bourbeau, set for hearing on November 28, 2018, be vacated.

IT IS SO ORDERED.

DATED: November 28, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Order